■ In the Matter of MERTON D. HUCK, Individually, as Grand Knight of Knights of Columbus Council No. 178, as Member of Columbus Home Association of Rochester, Inc., and as Director of Columbus Home Association of Rochester, Inc., et al., Petitioners, v COLUMBUS HOME ASSOCIATION OF ROCHESTER, INC., et al., Respondents and Third-Party Plaintiffs-Appellants. BOARD OF DIRECTORS OF SUPREME COUNCIL OF KNIGHTS OF COLUMBUS, Third-Party Defendant-Respondent. (Appeal No. 1.) [771 NYS2d 758]—Appeal from an order of the Supreme Court, Monroe County (Robert J. Lunn, J.), entered November 13, 2002. The order granted the motion of third-party defendant to dismiss the third-party complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Kehoe, JJ.